

# COURT OF APPEALS

CATHERINE STONE
CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 9, 2014

Bryan Keith Crum
#1775779
2101 F.M. 369 N. JA-69
James V. Allred Unit
Iowa Park, TX 76367

Scott Monroe
District Attorney - 198th Judicial
District
402 Clearwater Paseo
Suite 500
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-13-00731-CR
     Trial Court Case Number:  B10826
     Style:  Bryan Keith Crum
             v.
             The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00731-CR

Bryan Keith CRUM,
Appellant

v.

The STATE of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10826
Honorable M. Rex Emerson, Judge Presiding

# ORDER

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court